UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| BOARD OF TRUSTEES OF THE PLUMBERS AND PIPEFITTERS NATIONAL PENSION FUND, et al,<br><br>           Plaintiffs,<br><br>   v.<br><br>RAM PIPING INDUSTRIES, INC.,<br><br>   Defendant. | NO.  CV-08-5048-JPH<br><br>ORDER GRANTING PARTIES' STIPULATED MOTION FOR JUDGMENT OF  DISMISSAL (**Ct. Rec. 30**) |

On January 29, 2010, plaintiffs filed a motion for "Stipulated Judgment of Dismissal" seeking entry of dismissal of plaintiff's claims with prejudice and without an award of attorneys' fees or costs to any party (Ct. Rec. 30 at page 2, ¶1).

Plaintiffs and defendant advise the Court they have executed a settlement agreement and releases, where the parties agree plaintiffs have reserved certain claims and causes of action and defendant reserves all defenses  (Ct. Rec. 30 at page 2, ¶2).  The parties agree plaintiffs shall not be precluded from asserting claims and causes of action reserved in the settlement agreement in a subsequent lawsuit against defendant and defendant shall not be precluded from asserting all defenses (Ct. Rec. 30 at page 3, ¶2).

The court treats the pleading as an agreed motion for entry of judgment of dismissal with prejudice.

ORDER ON STIPULATED MOTION
FOR JUDGMENT OF DISMISSAL - 1

Accordingly,

**IT IS ORDERED** that the parties' stipulated motion for entry of judgment of dismissal **(Ct. Rec. 30) is GRANTED.**

**IT IS FURTHER ORDERED that the case is dismissed** with prejudice.

The District Court Executive is directed to enter this order, enter judgment as indicated, forward copies to counsel, and **CLOSE the file**.

**DATED** this 1st day of February, 2010.

s/James P. Hutton
_____
JAMES P. HUTTON
United States Magistrate Judge

ORDER ON STIPULATED MOTION
FOR JUDGMENT OF DISMISSAL - 2