AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## *Eastern District of Washington*

BOARD OF TRUSTEES OF THE PLUMBERS AND
PIPEFITTERS NATIONAL PENSION FUND, et al,
    Plaintiffs,

v.

RAM PIPING INDUSTRIES, INC.,

    Defendant.

**JUDGMENT IN A CIVIL CASE**

CASE NUMBER: CV-08-5048-JPH

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that this case is DISMISSED WITH PREJUDICE.

2/1/10
*Date*

JAMES R. LARSEN
*Clerk*
s/ Karen White
*(By) Deputy Clerk*
Karen White